1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9

10   ROBERT MARSHALL SPENCER,      )    No. SACV 12-1160 SVW (FFM)
                                    )
11                 Petitioner,      )
                                    )
12          v.                      )    JUDGMENT
                                    )
13   MARTIN BITER, Warden,          )
                                    )
14                 Respondent.      )
                                    )
     _____    )
15

16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: May 9, 2013

21

22                                      _____
                                                STEPHEN V. WILSON
23                                          United States District Judge

24

25

26

27

28